Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KENNY LEE JOHNSON, | ) |
| Plaintiff, | ) CASE NO. 2:21-cv-01997-EJY |
| v. | ) |
| | ) **CONSENT MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI[1], | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

    Plaintiff, Kenny Lee Johnson, by his attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a thirty (30) extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed March 28, 2022.

    Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel.

Wherefore, Plaintiff requests an extension from March 28, 2022 up to and including April 27,

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

2022 to file his brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly consents to this request.

      Dated this March 15, 2022.

                                      Respectfully submitted,

                                      */s/Hal Taylor*
                                      Hal Taylor, Esq.
                                      Of Counsel, Olinsky Law Group
                                      NV Bar No.: 4399
                                      2551 West Lakeridge Shores
                                      Reno, NV 89519
                                      Tel: (775) 825-2223
                                      Fax: (775) 329-1113
                                      HalTaylorLawyer@GBIS.com

                   **ORDER**

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Dated: March 16, 2022