UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KENNY LEE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 2:21-cv-01997-EJY<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 26).  No response to the Motion was filed.

　　　　After considering Plaintiff's Motion and the Equal Access to Justice Act, which grants Plaintiff the ability to obtain attorney's fees as the prevailing party in this matter, and upon consideration of counsel's affirmation, the Court finds the award of fees and costs is properly granted.  Counsel and paralegal hourly rates are reasonable, and the hours expended were justified.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 26) is GRANTED.

　　　　IT IS FURTHER ORDERED that fees are awarded in the amount of $5,735.24.  Costs are awarded in the amount of $24.52.

　　　　IT IS FURTHER ORDERED that if Plaintiff has no debt registered with the Department of Treasury subject to offset, the fees be made payable to Plaintiff's counsel.

　　　　DATED this 15th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1