AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Kenny Lee Johnson,

          Plaintiff,

v.

Kilolo Kijakazi, Acting Commissioner of Social Security,

          Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:21-cv-01997-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that fees are awarded in the amount of $5,735.24. Costs are awarded in the amount of $24.52.

IT IS FURTHER ORDERED that if Plaintiff has no debt registered with the Department of Treasury subject to offset, the fees be made payable to Plaintiff's counsel.

9/16/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ Y. Williams  
Deputy Clerk